SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

THOMAS C. KOENIG   #3704
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 356-4402
Facsimile: (808) 356-4499
tkoenig@HI-HIDTA.org

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 06 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No.  CR 04-00384  DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) INDICTMENT |
|  | ) [21 U.S.C. Sections 860(a), |
| TROY ARTHUR, | )   841(a)(1), 841(b)(1)(C)] |
| Defendant. | ) |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about February 19, 2004, in the District of Hawaii, Defendant, TROY ARTHUR, knowingly and intentionally distributed approximately 0.118 grams of a mixture and substance containing

UNSEALED BY ORDER OF THE COURT
DATE: OCT 18 2004

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about March 6, 2004, in the District of Hawaii, Defendant, TROY ARTHUR, knowingly and intentionally distributed approximately 0.217 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about March 31, 2004, in the District of Hawaii, Defendant, TROY ARTHUR, knowingly and intentionally distributed approximately 0.137 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within

one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

DATED: _____10/4/04_____, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*
THOMAS C. KOENIG
Special Assistant U.S. Attorney