AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
### District of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 10 o'clock and 25 min a.m. M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00384DAE-01 |

TROY ARTHUR

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST TROY ARTHUR and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

RECEIVED 2006 MAR 23 PM 2:48 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | March 22, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant        By: David Alan Ezra, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
300 Ala Moana Blvd Hon, HI.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 23 MAR 2006 | NOLAN SASAKI, SR. INSPECTOR | *(signature)* |
| Date of Arrest 19 APR 2006 | | |