# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00384DAE
CASE NAME:        USA v. Troy Arthur
ATTYS FOR PLA:    Thomas Koenig
ATTYS FOR DEFT:   Alvin P.K.K. Nishimura
USPO:             Derek Kim

JUDGE:    David Alan Ezra        REPORTER:    Cynthia Fazio

DATE:     5/30/2006              TIME:        10:30am-11:05am

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Troy Arthur present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   26 MONTHS

Supervised Release:   None imposed

JUDICIAL RECOMMENDATIONS:  Sheridan, OR Prison Camp. Medical treatment. Educational and Vocational training.  Mental health treatment.  Treatment for sleep disorder.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager