AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TROY ARTHUR**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  1:04CR00384-001<br>USM Number:  95314-022<br>ALVIN P. K. K. NISHIMURA, ESQ.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) Special Condition No. 1; Standard Condition No. 3; and Special Condition No. 5; of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **6881**

Defendant's Residence Address:
**NONE**

Defendant's Mailing Address:
**NONE**

MAY 30, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:      1:04CR00384-001                                              Judgment - Page 2 of 3
DEFENDANT:        TROY ARTHUR

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failing to follow the Probation Officer's instructions | 10/24/2005, 11/2/2005, and 11/7/2005 |
| 2 | Refusal to submit to drug testing | 11/17/2005 |
| 2 | Refusal to participate in drug treatment | 11/14/2005, 11/16/2005, and 11/18/2005 |
| 2 | Failing to follow the Probation Officer's instruction | 11/18/2005 |
| 3 | failure to submit monthly supervision report | 10/2005 |
| 4 | Failing to participate in substance abuse/mental health treatment | 12/13/2005, 12/20/2005, 1/3/2006, 1/10/2006, and 1/24/2006 |
| 5 | Failure to submit monthly supervision reports | 12/2005 and 1/2006 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:04CR00384-001 |
| DEFENDANT: | TROY ARTHUR |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  26 MONTHS .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR Prison Camp. Medical treatment. Educational and Vocational training. Mental health treatment. Treatment for sleep disorder.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal