AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:04CR00384-001 | Judgment - Page 3 of 3 |
| DEFENDANT: TROY ARTHUR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 26 MONTHS.

[✓] The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR Prison Camp. Medical treatment. Educational and Vocational training. Mental health treatment. Treatment for sleep disorder.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 5 2006

at 3 o'clock and 25 min. PM
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8-29-06 to FPC, Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A. Daniels, Warden
~~UNITED STATES MARSHAL~~

By Debra K Potter, LTE
~~Deputy U.S. Marshal~~